**Dismissed and Memorandum Opinion filed November 30, 2023.**



In The

# Fourteenth Court of Appeals

### NO. 14-22-00663-CV

## DANIEL WARREN BREEDEN, Appellant

## V.

## DIANA KRISTINE SUIRE, Appellee

**On Appeal from the 310th District Court
Harris County, Texas
Trial Court Cause No. 2017-79069**

## MEMORANDUM OPINION

This is an appeal from a judgment signed June 16, 2022. The clerk's record was filed October 12, 2022. On July 24, 203, appellant filed a brief that did not comply with the Texas Rules of Appellate Procedure 38.1. On August 3, 2023, we struck appellants brief and stated that unless appellant filed a brief before September 4, 2023, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b). On August 24, 2023, we granted appellant's motion to extend time to file appellant's brief. After the extension

appellant's brief was due October 23, 2023.

Appellant filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel Consists of Justices Bourliot, Zimmerer, and Spain.